938

No. 460. TURPIN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *William Sonenshine* for petitioner.

No. 464. COURTESY CHEVROLET, INC. *v.* TENNESSEE WALKING HORSE BREEDERS' & EXHIBITORS' ASSOCIATION OF AMERICA. C. A. 9th Cir. Certiorari denied. *John H. Finger* for petitioner. *John J. Hooker* for respondent.

No. 465. FAUCETTE, TRUSTEE IN BANKRUPTCY *v.* VAN DOLSON. C. A. 4th Cir. Certiorari denied. *Philip Wittenberg* for petitioner. *M. M. Weinberg, Jr.,* for respondent.

No. 467. JUAIRE *v.* WALTER MARSHAK, INC. C. A. 2d Cir. Certiorari denied. *Albert Averbach* and *Pierre Lorsy* for petitioner. *O. John Rogge* for respondent.

No. 468. GYPSUM TRANSPORTATION, LTD. *v.* BOARD OF COMMISSIONERS OF PORT OF NEW ORLEANS. Ct. App. La., 4th Cir. Certiorari denied. *Paul A. Nalty* and *Leon Sarpy* for petitioner.

No. 469. PARKER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 470. JANEL SALES CORP. ET AL. *v.* LANVIN PARFUMS, INC., NOW LANVIN-CHARLES OF THE RITZ, INC. C. A. 2d Cir. Certiorari denied. *Morris Siegel* for petitioners. *Macdonald Flinn* for respondent.

No. 576. HUCKABY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James Easly* for petitioner. *Solicitor General Griswold* for the United States.